UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. TYLER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>　　　　　Respondent. | Case No. CV 11-1264 JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus and Dismissing Action with Prejudice filed this date, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody filed in this action is denied and this action is dismissed with prejudice.

DATED: July 27, 2011

　　　　　　　　　　　　　　　/s/
　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　UNITED STATES MAGISTRATE JUDGE